UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| **PERTAINS TO:**    INSURANCE | * | |
| | * | |
| **CASE NUMBER:**    07-9014 | * | |
| | * | |
| **Humphrey Investments vs. State Farm Fire and Casualty Company** | * | |
| | * | |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned matter is REMANDED to the Civil District Court for the Parish of Orleans..

New Orleans, LA, this 7th day of February, 2008.

_____
STANWOOD R. DUVAL, JUDGE
UNITED STATES DISTRICT COURT

642596
18-R526-658 EC 2007-21861 LA